**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAY 2 2008

MAGISTRATE JUDGE
MORTON DENLOW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 351 |
| | ) | |
| v. | ) | Magistrate Judge Morton Denlow |
| | ) | |
| JOHN DOE, | ) | |
| also known as, "Arthur Louis Guajardo" | ) | |

## GOVERNMENT'S MOTION TO SEAL
## COMPLAINT, AFFIDAVIT, AND ARREST WARRANT

Now comes the UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and states as follows in support of its Motion to Seal the Complaint, Affidavit, and Arrest Warrant:

The public filing of the Complaint, Affidavit, and Arrest Warrant in this matter before the Arrest Warrant can be executed could alert the defendant and other subjects, which in turn could lead to flight to avoid prosecution by co-conspirators or the destruction of or tampering with evidence. For this reason, the government respectfully requests that the Complaint, Affidavit, and Arrest Warrant, as well as this Motion and Order to Seal, be sealed until July 1, 2008, or until further order of the Court.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
RENAI S. RODNEY
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4064

DATE: May 2, 2008