## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 351 - 1 | **DATE** | 5/2/2008 |
| **CASE TITLE** | USA vs. John Doe a/k/a Arthur Louis Guajardo | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to John Doe a/k/a Arthur Louis Guajardo. Government's motion to seal complaint, affidavit and arrest warrant until 7/1/08 or until further order of the Court is granted.

■ [ For further detail see separate order(s).]

| | Courtroom Deputy Initials: | DK |
|---|---|---|