UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 351 |
| | ) | |
| v. | ) | Magistrate Judge Morton Denlow |
| | ) | |
| JOHN DOE, | ) | |
| also known as, "Arthur Louis Guajardo" | ) | |

### ORDER

The UNITED STATES OF AMERICA by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, having moved this Court to seal the Complaint, Affidavit, and Arrest Warrant in this matter. Having demonstrated good cause in support of its motion, specifically, that public filing of the Complaint, Affidavit, and Arrest Warrant would jeopardize the government's investigation,

IT IS HEREBY ORDERED THAT the Complaint, Affidavit, and Arrest Warrant be sealed until July 1, 2008, or until further order of the Court.

ENTER:

_____
MORTON DENLOW
United States Magistrate Judge

DATE: May 2, 2008