# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 351 - 1 | **DATE** | 05/07/08 |
| **CASE TITLE** |  | USA vs. John Doe | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant John Doe appears in response to arrest on 05/07/08. Defendant informed of his rights. Enter Order Appointing Daniel Hesler of the Federal Defender Program/Panel as counsel for defendant. Government's oral motion for pretrial detention is granted. Detention hearing is set for 05/09/08 at 2:00 p.m. Government's oral motion to unseal case and move at a later time to amend defendant's name is granted. Defendant shall remain in custody pending further order of the court.

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | LXS |
|---|---|---|