## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Nan R. Nolan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 351 - 1 | **DATE** | 5/14/2008 |
| **CASE TITLE** | USA vs. John Doe | | |

**DOCKET ENTRY TEXT**

Detention hearing held and continued to 05/21/08 at 3:00 p.m. Government seeks detection. Defendant to remain in custody pending further order of Court.

Docketing to mail notices.

00:35

| | Courtroom Deputy Initials: | LXS |
|---|---|---|