UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 351 |
| | ) | |
| JOHN DOE, | ) | Hon. Morton Denlow |
| also known as "Arthur Louis Guajardo" | ) | |

**GOVERNMENT'S MOTION TO DISMISS THE COMPLAINT**

The United States, by and through PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves that this Honorable Court dismiss the complaint in the above-captioned case against the above-captioned defendant pursuant to Federal Rule of Criminal Procedure 48(a).

    Respectfully submitted,
    PATRICK J. FITZGERALD
    United States Attorney

By: s/ Renai S. Rodney
    RENAI S. RODNEY
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois  60604
    (312) 353-4064

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

**GOVERNMENT'S MOTION TO DISMISS THE COMPLAINT**

was served May 22, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case filing pursuant to the District Court's Electronic Case Filing (ECF) system as to ECF filers.

By: s/ Renai S. Rodney
RENAI S. RODNEY
Assistant United States Attorney
219 S. Dearborn St.- 5th Floor
Chicago, IL 60604
312-353-4064

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 351 |
| | ) | |
| JOHN DOE, | ) | Hon. Morton Denlow |
| also known as "Arthur Louis Guajardo" | ) | |

NOTICE OF FILING

    PLEASE TAKE NOTICE that on May 22, 2008, the undersigned caused to be filed with the Clerk of this Court GOVERNMENT'S MOTION TO DISMISS THE COMPLAINT, service of the notice is being made upon you.

    PATRICK J. FITZGERALD
    United States Attorney

By: s/ Renai S. Rodney
    Renai S. Rodney
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-4064

CERTIFICATE OF SERVICE

    The undersigned Assistant United States Attorney hereby certifies that the following document:

GOVERNMENT'S MOTION TO DISMISS THE COMPLAINT

was served May 22, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case filing pursuant to the District Court's Electronic Case Filing (ECF) system as to ECF filers.

By: s/ Renai S. Rodney
    RENAI S. RODNEY
    Assistant United States Attorney
    219 S. Dearborn St.- 5th Floor
    Chicago, IL 60604
    312-353-4064