UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 351 |
| | ) | |
| JOHN DOE, | ) | Hon. Morton Denlow |
| also known as "Arthur Louis Guajardo" | ) | |

**ORDER**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, having moved this Court to dismiss the complaint filed in the above-captioned case against the above-captioned defendant,

IT IS HEREBY ORDERED that complaint filed in this case on May 2, 2008, is dismissed.

_____
Morton Denlow
United States Magistrate Judge

DATE: May 22, 2008