FILED
MAY 2 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 08 CR 351 |
| vs. ) | |
| ) | Title 18, United States Code, |
| RAFAEL PEREZ-RODRIGUEZ ) | Sections 1028(a)(3) and (b)(2)(B), |
| ) | 1028A(a)(1), and 1542 |

JUDGE DOW

MAGISTRATE JUDGE DENLOW

### COUNT ONE

The SPECIAL JUNE 2007 GRAND JURY charges:

On or about January 28, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

RAFAEL PEREZ-RODRIGUEZ,

defendant herein, did willfully and knowingly use passport No. 212927692, issued under the authority of the United States, the issuance of which was secured by reason of a false statement made in the application, namely a false name, date of birth, and Social Security number of Victim A, which passport the defendant used to gain entry into the United States from Mexico;

In violation of Title 18, United States Code, Section 1542.

## COUNT TWO

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about January 28, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

RAFAEL PEREZ-RODRIGUEZ,

defendant herein, did knowingly possess and use, without lawful authority, a means of identification of another person, namely, the name and date of birth of Victim A, during and in relation to the unlawful use of a passport described in Count One of this Indictment;

In violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT THREE

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about May 7, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

RAFAEL PEREZ-RODRIGUEZ,

defendant herein, did knowingly possess with intent to use unlawfully five identification documents not issued lawfully for the use of the defendant, namely, (1) one United States passport, No. 212927692, in the name of Victim A; (2) one Social Security card, No. XXX-XX-8295, in the name of Victim A; (3) one State of Illinois Commercial Driver's License, No. XXXX-XXXX-3056, in the name of Victim A; (4) one State of Illinois Identification Card, No. XXXX-XXXX-056G, in the name of Victim A; and (5) one State of Illinois Certificate of Live Birth in the name of Victim A, which identification documents were or appeared to have been issued by or under the authority of the United States and the State of Illinois;

In violation of Title 18, United States Code, Sections 1028(a)(3) and (b)(2)(B).

## COUNT FOUR

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about May 7, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

RAFAEL PEREZ-RODRIGUEZ,

defendant herein, did knowingly possess and use, without lawful authority, a means of identification of another person, namely, the name, date of birth, and Social Security number of Victim A, during and in relation to the defendant's unlawful possession of identification documents described in Count Three of this Indictment;

In violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL

_____
FOREPERSON

_____
United States Attorney