NF



FILED
MAY 2 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



JUDGE DOW

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO ☐ YES **X** If the answer is "Yes", list the case number and title of the earliest filed complaint: U.S. v. JOHN DOE, aka "Arthur Louis Guajardo" 08 CR 351 *Denlow*

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?

   NO **X** YES ☐ If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

   **MAGISTRATE JUDGE DENLOW**

3) Is this a re-filing of a previously dismissed indictment or information? NO **X** YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO **X** YES ☐ If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District? NO **X** YES ☐

6) What level of offense is this indictment or information? **FELONY X** MISDEMEANOR ☐

7) **Does this indictment or information involve eight or more defendants?** NO **X** YES ☐

8) Does this indictment or information include a conspiracy count? NO **X** YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   | | | |
   |---|---|---|
   | ☐ Homicide .......... (II) | ☐ Income Tax Fraud ..... (II) | ☐ DAPCA Controlled Substances (III) |
   | ☐ Criminal Antitrust ..... (II) | ☐ Postal Fraud ......... (II) | ☐ Miscellaneous General Offenses (IV) |
   | ☐ Bank robbery ......... (II) | **X** Other Fraud ......... (III) | ☐ Immigration Laws .......... (IV) |
   | ☐ Post Office Robbery ... (II) | ☐ Auto Theft .......... (IV) | ☐ Liquor, Internal Revenue Laws . (IV) |
   | ☐ Other Robbery ....... (II) | ☐ Transporting Forged Securities (III) | ☐ Food & Drug Laws .......... (IV) |
   | ☐ Assault ............. (III) | ☐ Forgery ............. (III) | ☐ Motor Carrier Act .......... (IV) |
   | ☐ Burglary ............ (IV) | ☐ Counterfeiting ....... (III) | ☐ Selective Service Act ........ (IV) |
   | ☐ Larceny and Theft .... (IV) | ☐ Sex Offenses ........ (II) | ☐ Obscene Mail ............ (III) |
   | ☐ Postal Embezzlement .. (IV) | ☐ DAPCA Marijuana ... (III) | ☐ Other Federal Statutes ....... (III) |
   | ☐ Other Embezzlement .. (III) | ☐ DAPCA Narcotics .... (III) | ☐ Transfer of Probation Jurisdiction (V) |

10) List the statute of each of the offenses charged in the indictment or information.
    18 U.S.C. §1028A
    18 U.S.C. §1542
    18 U.S.C. §1028(a)(3)

_____
Renai Rodney
Assistant United States Attorney

(Revised 12/99)