**FILED**

MAY 2 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | JUDGE DOW |
| | ) | No. 08 CR 351 |
| vs. | ) | James F. Holderman |
| | ) | Chief Judge |
| | ) | |
| RAFAEL PEREZ-RODRIGUEZ | ) | MAGISTRATE JUDGE DENLOW |

### GOVERNMENT'S MOTION TO CHARGE USING DEFENDANT'S TRUE NAME

Now comes the United States of America and moves the court to authorize the use of the true name of defendant RAFAEL PEREZ-RODRIGUEZ hitherto known as defendant JOHN DOE, [defendant number _ ] in COMPLAINT Number 08 CR 351, and to direct the Clerk of the United States District Court to file this charging document and all subsequent matters in this proceeding under said defendant's true name.

Respectfully Submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
RENAI RODNEY
Assistant United States Attorney