## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert M. Dow, Jr. | **Sitting Judge if Other than Assigned Judge** | Morton Denlow |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 351-1 | **DATE** | 5/22/2008 |
| **CASE TITLE** | USA vs. Rafael Perez-Rodriguez | | |

**DOCKET ENTRY TEXT**

Arraignment and plea held. Defendant waives formal reading of the indictment and enters a plea of not guilty to all counts of the indictment. Defendant informed of rights. 16.1(a) conference to be held by or on 6/4/08. Pretrial motions to be filed by or on 6/16/08; any response by or on 6/26/08; any reply by or on 7/3/08. Status hearing set before Judge Dow on 6/24/08 at 9:30 a.m.. Government's oral motion to exclude time is granted. Time ordered excluded to 6/24/08 pursuant to 18:3161(h)(1)(F) (X-E). Defendant to remain in custody pending further proceedings

Docketing to mail notices.

00:07

| | Courtroom Deputy Initials: | DK |
|---|---|---|