# UNITED STATES DISTRICT COURT

_____NORTHERN_____ DISTRICT OF _____ILLINOIS, EASTERN DIVISION_____

UNITED STATES OF AMERICA

v.

JOHN DOE,
also known as, "Arthur Louis Guajardo"

**WARRANT FOR ARREST**

CASE NUMBER: 08 CR 351

*FILED MAY 28 2008 MAGISTRATE JUDGE MORTON DENLOW*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __John Doe, also known as, "Arthur Louis Guajardo"__
                                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

__Indictment   __Information   _X_Complaint   __Order of court   __Violation Notice   __Probation Violation Petition

charging him or her with (brief description of offense)

knowingly possessing and using, without lawful authority, a means of identification of another person, namely, Arthur Louis Guajardo's name, date of birth, and social security number, with the intent to commit and in connection with an unlawful activity that constitutes a violation of Federal law, namely, passport fraud, in violation of Title 18 United States Code, Section 1542,

in violation of Title ___18___ United States Code, Section(s) _____1028(a)(7)_____

MORTON DENLOW
Name of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

*Morton Denlow* (signature)
Signature of Issuing Officer

May 2, 2008   CHICAGO, IL
Date and Location

_____
(By) Deputy Clerk

Bail fixed at $ _____ by _____
                                  Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 05/02/2008 | NAME AND TITLE OF ARRESTING OFFICER STEVEN L. HAVLIN SPECIAL AGENT, ICE | SIGNATURE OF ARRESTING OFFICER (signed) |
|---|---|---|
| DATE OF ARREST 05/07/2008 | | |