# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                           Case No.: 1:08−cr−00351
                                             Honorable Robert M. Dow Jr.

Rafael Perez−Rodriguez
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 24, 2008:

    MINUTE entry before the Honorable Robert M. Dow, Jr:Status hearing held on 6/24/2008. Briefing as to MOTION by Rafael Perez−Rodriguez to dismiss Counts Two and Four [23] is set as follows: Response due by 7/2/2008; Reply due by 7/9/2008. Status hearing set for 7/24/2008 at 9:00 AM. Pursuant to the provisions of the Speedy Trial Act time is excluded without objection from 6/24/2008 to 7/24/2008 pursuant to 18:3161(h)(1)(F). Mailed notice (tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.