UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

UNITED STATES OF AMERICA
                                        Plaintiff,

v.                                                      Case No.: 1:08−cr−00351
                                                        Honorable Robert M. Dow Jr.

Rafael Perez−Rodriguez
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to Memorandum Opinion and Order, dated August 26, 2008, the Court respectfully denies Defendants motion to dismiss [23] Counts Two and Four of the indictment[23] in this case. Mailed notice (tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.